Motion Granted; Appeal Dismissed and Memorandum
Opinion filed November 9, 2010.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00219-CV

____________

 

IN THE ESTATE OF LUCILLE REILY RICHARDSON, DECEASED

 



 

On Appeal from the Probate Court

Galveston County, Texas

Trial Court Cause No. 68,515

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed November 14, 2010.  On November 5, 2010, the
parties filed a joint motion to dismiss the appeal in order to effectuate a
compromise and settlement agreement.  See Tex. R. App. P. 42.1.  The
motion is granted.

Accordingly,
the appeal is ordered dismissed.

                                                                                    

                                                                        /s/        Kent
C. Sullivan

                                                                                    Justice

 

Panel consists of Justices Frost, Boyce, and Sullivan.